| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
May 20, 2022
Nathan Ochsner, Clerk

Money Management International, Inc., §
    Plaintiff, §
§
§   Civil Action H-21-1802
v. §
§
Tuan v. Le et al, §
    Defendants. §

## Order of Adoption

On April 27, 2022, Magistrate Judge Peter Bray recommended that the court grant Plaintiff Money Management, Inc.'s motion for default judgment against Defendants Tuan V. Le, Money Management International Consultant, and Capital 1 Finance Consultants LLC. ECF No. 23. No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on May 19, 2022.

_____
Lynn N. Hughes
United States District Judge